**UNITED STATES of America, Plaintiff–Appellee**

v.

**Samuel Adan CASTILLO–RAMIREZ, Defendant–Appellant.**

**No. 13–40098**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Samuel Adan Castillo–Ramirez raises an argument that he concedes is foreclosed

the limited circumstances set forth in 5TH CIR. R. 47.5.4.
* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

by *United States v. Newson*, 515 F.3d 374, 378–79 (5th Cir.2008), which held that the Government may decline to move for an additional one-point reduction under U.S.S.G. § 3E1.1(b) based on the defendant's refusal to waive his right to appeal. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.